SLAUGHTER *v.* THE BANK OF THE STATE, Etc.

APPEAL from the *Morgan* Circuit Court.

*Per Curiam.*—In this case, the Court refused to continue the cause, to enable the defendant to obtain answer to interrogatories addressed by him to the *Bank.* It is said the Court refused the continuance on the ground that a corporation could not be compelled to answer interrogatories; but the record does not properly present that question, as the record shows no issue to which the interrogatories were applicable.

The judgment is affirmed, with two per cent. damages and costs.

*W. V. Burns,* for the appellant.
*W. R. Harrison,* for the appellee.